THE NEW ENGLAND FLOOR COVERING COMPANY, INC.
*v*. ARCHITECTURAL INTERIORS, INC., ET AL.

The motion by the defendant Charles E. Dallachie to amend the assignment of errors in the appeal from the Court of Common Pleas in Hartford County is granted.

*Gerald F. Stevens,* in support of the motion.

Submitted June 10—decided June 23, 1969

STATE OF CONNECTICUT *v*. HERMAN KEEBY

The motion by the defendant for a writ of mandamus and a disclosure of the progress of his appeal from the Superior Court in New London County is dismissed.

*Herman Keeby,* pro se, on the motion.

Submitted June 19—decided July 1, 1969

THOMAS LA BONTE ET AL. *v*. FEDERAL MUTUAL
INSURANCE COMPANY

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*David M. Reilly, Jr.,* in support of the petition.

*William F. Geenty* and *James G. Kenefick, Jr.,* in opposition.